IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EARNEST LEE WALKER, SR.,          )
AIS # 187017,                     )
                                  )
          Plaintiff,              )
                                  )
     v.                           )          CASE NO. 2:19-CV-444-WKW
                                  )
KAY IVY, JEFFERSON S. DUNN,       )
and CHRISTOPHER GORDY,            )
                                  )
          Defendants.             )

## ORDER

On July 1, 2019, the Magistrate Judge filed a Recommendation that concluded that this action should be transferred under 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Alabama. (Doc. # 5.) No objections have been received. And in response to an earlier Recommendation (*see* Docs. # 3, 4), Plaintiff consented to a change of venue to the Northern District (Doc. # 6).

It is therefore ORDERED that the July 1 Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED and that, pursuant to 28 U.S.C. § 1404(a), this action is TRANSFERRED to the United States District Court for the Northern District of Alabama. This court makes no determination about the merits of Plaintiff's claims.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the terms of this Order.

DONE this 22nd day of July, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE